United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROOSEVELT WILLIAMS, JR.,
Plaintiff,

v.

DOROTHY M. WILLIAMS, et al.,
Defendants.

Case No. 26-cv-07266-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Adopting Magistrate Judge's Report and Recommendation to Dismiss Case,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 9TH day of September, 2026.

Mark B. Busby
Clerk of Court

By: ______________________
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.